# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PATRICK WELLS, BETHANY WELLS
AND KELVIN WELLS

VERSUS

MENTORSHIP STEAM ACADEMY AS
PART OF HELIX COMMUNITY
SCHOOL AND ITS INSURER, ET
AL

NO.   2025 CW 0967

**JANUARY 9, 2026**

---

In Re:    Kelvin Wells, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          719275.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to include a copy of each pleading on which the judgment was founded, including the motion at issue, a copy of any opposition and attachments thereto filed by a party in the trial court, a copy of pertinent minutes, and the notice of intent and return date order, in violation of Rule 4-5(C)(8), (9), (10) and (11) of the Uniform Rules of Louisiana Courts of Appeal. In addition, the writ application did not include a copy of the pertinent hearing transcript for the motion to recuse and a copy of all evidence admitted at the hearing.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

SMM
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT